UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LUIS ENRIQUE CASTRO-PERALTA** | **CIVIL ACTION NO. 25-1807** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **BRIAN ACUNA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Luis Enrique Castro-Peralta's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

ALEXANDRIA, LOUISIANA, this 11th day of February, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE